UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV17-309-CAS(SPx) | Date | May 15, 2017 |
|---|---|---|---|
| Title | *UNITED STATES OF AMERICA v. EDWARD ELLISON* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Catherine M. Jeang | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| William Goldsmith | Not Present |

**Proceedings:**   SCHEDULING CONFERENCE - (Continued)

Hearing held and plaintiff's counsel is present. No appearance is made by the defendant, nor on the defendant's behalf. The Court confers with plaintiff's counsel, as stated in Court and on the record.

**IT IS HEREBY ORDERED** that **DEFENDANT** show cause in writing not later than **May 30, 2017**, why defendant's answer should not be stricken and placed into default for his failure to appear at a Court-ordered hearing. In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

The Scheduling Conference is continued to **June 26, 2017**, at **11:00 A.M.** An Updated Joint Report shall be filed on or before June 19, 2017, if needed.

|  | 00 | : | 02 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |