UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV17-309-CAS(SPx) | Date | June 26, 2017 |
|---|---|---|---|
| Title | *UNITED STATES OF AMERICA v. EDWARD ELLISON* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Catherine M. Jeang | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Steve Goldsmith for William Goldsmith | Edward Eillison, Pro Se |

**Proceedings:**   SCHEDULING CONFERENCE

Hearing held and the parties are present. The Court confers with the parties, as stated in Court and on the record. The Court orders its May 15, 2017 Order to Show Cause is hereby discharged. Plaintiff's Request to Enter Default filed June 26, 2017[15] is hereby denied. The Court orders the parties to mediation and will issue the Order/Referral to ADR forthwith.

**IT IS HEREBY ORDERED** that **PLAINTIFF'S LEAD COUNSEL** show cause in writing not later than **September 25, 2017**, why the above-referenced action should not be dismissed for his failure to appear in person at a Court-ordered hearing.

The Court sets a Status Conference re: Settlement and continues the Scheduling Conference to **September 25, 2017**, at **11:00 A.M.** An Updated Joint Report shall be filed on or before September 19, 2017, if needed.

|  | 00 | : | 11 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |